IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

AMY C. JONES                              §

VS.                                       §          CIVIL ACTION NO. 6:08cv186

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION            §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report, containing proposed findings of fact and recommendations for disposition.  No objections

were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts

them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** with prejudice;

and

**ORDERS** that all motions not previously ruled on are denied.

 **SIGNED this 23rd day of July, 2009.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE